IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **V.** | : | **NO. 16-461-1** |
| **JUDY HAISTEN** | : | |

## ORDER

**AND NOW**, this 12th day of December, 2016, upon consideration of Defendant's Motion to Join in the Motion for Extension of Time to File Pretrial Motions (ECF #25), it is **ORDERED** that the Defendant's Motion is **GRANTED.**

                BY THE COURT:

                **/s/ Gerald J. Pappert**
                **HONORABLE GERALD J. PAPPERT**
                *United States District Judge*