# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DAVID HAISTEN <br> JUDY HAISTEN | CRIMINAL ACTION <br> NO. 16-461 |

## **ORDER**

**AND NOW**, this 17th day of August, 2018, after reviewing the Defendants' Motion for Bail Pending Appeal, (ECF No. 98), and the Government's Response, (ECF No. 99), it is **ORDERED** that the Defendants' Motion for Bail Pending Appeal (ECF No. 98) is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.