# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUDY HAISTEN | CRIMINAL ACTION<br>NO. 16-00461-1 & 2 |

## ORDER

**AND NOW**, this 19th day of May 2020, upon consideration of Judy and David Haisten's Omnibus Motions (ECF Nos. 115 & 116) and the government's Response (ECF No. 127), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.